UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

NORTHWEST TRADING & SPICE COMPANY, INC., et al.,

Defendants.

C04-2087 TSZ

ORDER

Defendant Northwest Trading & Spice Company, Inc.'s unopposed motion to vacate consent decree, docket no. 28, is GRANTED as follows.  Pursuant to Paragraph 27 of the Consent Decree, docket no. 9, and the agreement of the United States Food and Drug Administration, <u>see</u> Ex. 1 to Motion (docket no. 28 at 5), the Consent Decree shall no longer have any force or effect, and the Court's jurisdiction over this matter is hereby terminated.

IT IS SO ORDERED.

Dated this 23rd day of September, 2016.

*[signature]*

Thomas S. Zilly
United States District Judge

ORDER - 1